# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00407 |
| Brandon Ware | ) | Assigned To : Meriweather, Robin M. |
| DOB: XXXXXX | ) | Assign. Date : 4/28/2021 |
| | ) | Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   December 16, 2020   in the county of _____ in the
_____ in the District of   Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) Receipt of Child Pornography with offense dates of "on or about and between November 23-24, 2020", | |
| 18 U.S.C. §2252 (a)(4) Possession of Child Pornography with an offense date of December 16, 2020. | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Jeffrey Collins, Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   04/28/2021

*Judge's signature*

City and state:    Washington, D.C.          Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*