AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00407 |
| Brandon Ware | ) Assigned To : Meriweather, Robin M. |
|  | ) Assign. Date : 4/28/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                    Brandon Ware                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(2) Receipt of Child Pornography with offense dates of "on or about and between November 23-24, 2020";
18 U.S.C. §2252 (a)(4) Possession of Child Pornography with an offense date of December 16, 2020.

Date: ____04/28/2021____

Issuing officer's signature: 2021.04.28 14:19:34 -04'00'

City and state:     Washington, D.C.         Robin M. Meriweather, U.S. Magistrate Judge
                                              *Printed name and title*

---

### Return

This warrant was received on *(date)* 04/28/2021, and the person was arrested on *(date)* 04/30/2021
at *(city and state)* Washington, D.C.

Date: 04/30/2021

Arresting officer's signature

Jeffrey Collins, Special Agent
*Printed name and title*