**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

JUN 2 7 2022

Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 22-105 (ABJ) |
| | : |
| BRANDON WARE, | : |
| | : |
| Defendant. | : |

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Brandon Ware stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offense to which he is pleading guilty: receipt of child pornography in violation of 18 U.S.C. § 2252(a)(2).

### Statement of Facts

1. On or about December 16, 2020, Homeland Security Investigations (HSI) agents executed a search warrant at Ware's home. Ware was present at his home during the execution of the warrant. During the warrant execution, agents recovered a USB-C card reader with a 32GB MicroSD card, a black Western Digital external hard drive, a black Apple iPad Mini, an Asus laptop, and an Apple iPhone. Each of these devices was located in Ware's bedroom. Ware also subsequently confirmed to agents that the devices belonged to him.

2. Ware's devices contained numerous videos and images that meet the federal definiton of child pornography. For example, there were 327 photographs and 341 videos depicting child pornography on the USB-C card reader. These files had a date range of approximately November 11, 2019 through May 26, 2020. One of the videos, dated February 5, 2020, found on this device depicted an adult male pentrating an infant or toddler's vagina with his penis.

BW
6/27/22

And, a forensic examiner discovered 13 child pornography videos and four child pornography images, with creation dates ranging from November 29, 2009 to October 31, 2010, on his black Western Digital hard drive. This hard drive contained a video depicting an adult male raping an infant or toddler and digitally penetrating her. The Asus laptop contained 71 videos depicting child pornography, with date ranges from March 25, 2020 through December 10, 2020. These videos included a video depicting an adult male penetrating a pre-pubescent female with his penis. Ware downloaded many of these child pornography videos and images from the Internet from his residence in Washington D.C. between the dates of November 1, 2020 and December 16, 2020.

3. In addition to the materials recovered from Ware's devices, an email address that Ware confirmed belonged to him was associated with a cryptocurrency account used to purchase child pornography videos on the dark web. Specifically, Ware utilized the equivalent of approximately 58 dollars in cryptocurrency to purchase numerous files of child pornography on November 7, 2019. One of the videos he purchased depicted a little girl sitting on a toilet with her pants and underwear pulled down to her ankles. An adult male masturbates over her, then moves to the front of the toilet, straddles the little girl, and uses her hand to continue masturbating. He ejaculates on her face and chest. Moreover, Ware also attempted to purchase additional child pornography using cryptocurrency in February of 2020 from a second website. However, he was unsuccessful.

Respectfully,
MATTHEW M. GRAVES
UNITED STATES ATTORNEY

Jhanani Iyengar
Assistant United States Attorney

BN
6/27/22

## DEFENDANT'S ACKNOWLEDGMENT

I, Brandon Ware, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 6/23/22

Brandon Ware
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 6/23/22

~~David Bos, Esquire~~ Elizabeth Mueller, CSA.
Attorney for Defendant

BW
6/27/22